# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOE W. THOMPSON & DOROTHY A. THOMPSON           Case Number: 06-71237
2623 PRESTON STREET                SSN-xxx-xx-6736 & xxx-xx-5432
ROCKFORD, IL  61102

Case filed on: 7/18/2006
Plan Confirmed on: 10/13/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,000.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
| 004 | KELLY, OLSON, MICHOD, DEHAAN & RICHTER, | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOE W. THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 3,871.16 | 1,605.97 | 1,605.97 | 323.60 |
| 002 | THOMAS D LUCHETTI PC | 9,287.00 | 9,287.00 | 2,841.48 | 836.29 |
| 003 | NATIONAL LOAN INVESTORS | 11,653.70 | 4,219.00 | 1,688.27 | 571.63 |
| 005 | NATIONAL LOAN INVESTORS | 3,553.93 | 3,553.93 | 0.00 | 0.00 |
|  | Total Secured | 28,365.79 | 18,665.90 | 6,135.72 | 1,731.52 |
| 001 | DAIMLER CHRYSLER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | THOMAS D LUCHETTI PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | NATIONAL LOAN INVESTORS | 0.00 | 3,880.77 | 0.00 | 0.00 |
| 006 | ADVANCE AMERICA | 961.00 | 961.00 | 0.00 | 0.00 |
| 007 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 1,340.68 | 1,340.68 | 0.00 | 0.00 |
| 013 | ROUNDUP FUNDING LLC | 746.43 | 746.43 | 0.00 | 0.00 |
| 014 | AFNI/VERIZON WIRELESS | 1,079.05 | 1,079.05 | 0.00 | 0.00 |
| 015 | WASHINGTON MUTUAL / PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 2,005.20 | 2,005.20 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 914.05 | 914.05 | 0.00 | 0.00 |
|  | Total Unsecured | 7,046.41 | 10,927.18 | 0.00 | 0.00 |
|  | Grand Total: | 38,412.20 | 32,593.08 | 8,635.72 | 1,731.52 |

Total Paid Claimant:     $10,367.24
Trustee Allowance:       $632.76
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan